UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOHN UNTERSHINE and ANN UNTERSHINE                                    PLAINTIFFS

V.                                                CIVIL ACTION NO.1:06CV104 LTS-RHW

STATE FARM FIRE AND CASUALTY COMPANY                                  DEFENDANT

### ORDER DENYING MOTION IN LIMINE RE JAMES T. SLIDER

The Court has before it State Farm's motion in limine [53] to exclude James T. Slider's (Slider) testimony at trial.

I have previously heard the qualifications of Slider, and I have determined that he is qualified to express his opinion within his area of engineering expertise. *Broussard v. State Farm Fire and Casualty Company*, Civil Action No. 1:06cv006 LTS-RHW.  Slider is a civil engineer.  The plaintiffs have retained Slider to evaluate the weather conditions on the Coast during Hurricane Katrina and to determine whether the winds generated by the storm were sufficient to damage or destroy the plaintiff's insured property.  I will deny the motion in limine [53] without prejudice to the right of State Farm to examine Slider concerning any matters touching his qualifications as an expert witness at the time he is tendered as an expert witness.

Accordingly, it is

**ORDERED**

That the motion [53] in limine to exclude the testimony of James T. Slider is hereby **DENIED** without prejudice to the right of the defendant to examine Slider concerning his qualifications at the time he is tendered as an expert witness in this action.

**SO ORDERED** this 12th day of February, 2007.

s/ *L. T. Senter, Jr.*
L. T. Senter, Jr.
Senior Judge