**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**JOHN UNTERSHINE and ANN UNTERSHINE**                       **PLAINTIFFS**

**V.**                       **CIVIL ACTION NO.1:06CV104 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**            **DEFENDANT**

<u>**ORDER ON DEFENDANT'S
SUPPLEMENTAL MOTION FOR CHANGE OF VENUE**</u>

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the supplemental motion [71] of State Farm Fire and Casualty Company for a change of venue and for an evidentiary hearing is hereby **DENIED**.

**SO ORDERED** this 26th day of February, 2007.

s/ L. T. Senter, Jr.
L. T. Senter, Jr.
Senior Judge